Certificate Number: 20476-NJ-DE-040653388

Bankruptcy Case Number: 26-11528



20476-NJ-DE-040653388

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2026, at 11:29 o'clock AM EST, Nakita N Bourne completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    February 23, 2026                    By:    /s/Scott E Kehiaian

Name:    Scott E Kehiaian

Title:    TEN Representative