Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−11528−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nakita N Bourne
    aka Nakita Natasha Bourne
    116 Hillside Drive
    Newton, NJ 07860

Social Security No.:
    xxx−xx−4572

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 13, 2026.

Dated: May 13, 2026
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Nakita N Bourne

    Debtor

Case No. 26-11528-SLM

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 3

Date Rcvd: May 13, 2026          Form ID: plncf13          Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakita N Bourne, 116 Hillside Drive, Newton, NJ 07860-8836 |
| 520978321 | + | NJ Housing and Mortgage Financing Agency, 637 S. Clinton Ave., Trenton, NJ 08611-1811 |
| 520978334 | + | Webbank/onemain/fis, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 13 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 13 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520978306 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 21:09:52 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520978307 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 21:09:52 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520986175 | + | Email/Text: bankruptcy@consumerportfolio.com | May 13 2026 20:58:00 | Consumer Portfolio Services, Po Box 57071, Irvine, CA 92619-7071 |
| 520978308 | + | Email/Text: bankruptcy@consumerportfolio.com | May 13 2026 20:58:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 520978309 | + | Email/PDF: creditonebknotifications@resurgent.com | May 13 2026 21:10:08 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520978310 | + | Email/PDF: creditonebknotifications@resurgent.com | May 13 2026 21:09:55 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520978311 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 13 2026 20:58:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520978312 | ^ | MEBN | May 13 2026 20:55:54 | Emblem Card, Attn: Bankruptcy, P.O.Box 89210, Sioux Falls, SD 57109-9210 |
| 520978313 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 13 2026 20:57:00 | Emblem Card, Pob 105555, Atlanta, GA 30348-5555 |
| 520978315 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 13 2026 21:09:55 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520978314 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 13 2026 21:10:25 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520978316 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 13 2026 20:58:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520978317 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 13 2026 20:58:00 | Genesis FS Card Services, Po Box 4499, |

District/off: 0312-2                              User: admin                                    Page 2 of 3
Date Rcvd: May 13, 2026                          Form ID: plncf13                               Total Noticed: 44

| | | | | |
|---|---|---|---|---|
| | | | | Beaverton, OR 97076-4499 |
| 520978319 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:09:55 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520978318 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:09:57 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 520984565 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:10:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521018930 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 13 2026 21:09:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520978320 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 13 2026 21:09:50 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 521027414 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2026 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520984455 | + | Email/PDF: cbp@omf.com | May 13 2026 21:09:50 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 521066819 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 21:10:25 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520978325 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 21:09:55 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520978324 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 21:09:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 521026891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 21:10:09 | Portfolio Recovery Associates, LLC, c/o Macys, POB 41067, Norfolk VA 23541 |
| 521027132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 21:10:09 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 520978323 | + | Email/Text: BKMAIL@planethomelending.com | May 13 2026 20:57:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 521078524 | + | Email/Text: BKMAIL@planethomelending.com | May 13 2026 20:57:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520978322 | + | Email/Text: BKMAIL@planethomelending.com | May 13 2026 20:57:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 521031152 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 13 2026 20:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 521078429 | + | Email/PDF: ebn_ais@aisinfo.com | May 13 2026 21:10:25 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520978326 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:09:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520978327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:04 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520978329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:19 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520978328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:19 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520978331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:20 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520978330 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:04 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520978332 | + | Email/Text: bncmail@w-legal.com | | |

District/off: 0312-2      User: admin      Page 3 of 3

Date Rcvd: May 13, 2026      Form ID: plncf13      Total Noticed: 44

| | | May 13 2026 20:58:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520978333 | + Email/Text: bncmail@w-legal.com | | |
| | | May 13 2026 20:58:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 521014805 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | May 13 2026 20:58:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bruce H Levitt | on behalf of Debtor Nakita N Bourne blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4