UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY (NEWARK)

IN RE:      (Debtors' names)                          CHAPTER 13
Nakita N Bourne_____            CASE NO: 26-11528_____

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br> TD Bank USA, N.A. | |
| **Old Payment Address** (or address to be replaced):<br><br>TARGET NB<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>TARGET NB<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: 06/17/2026_____ | /s/ Jordan Morrison_____<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison_____<br>Address: c/o Weinstein & Riley, P.S._____<br>749 Gateway, Suite G-601_____<br>Abilene, TX 79602_____<br>Phone #: (877) 332-3543_____ |

**THIS CHANGE APPLIES TO (CHECK ONE): X_____ THIS CASE ONLY;**
**AT PRIOR ADDRESS.**

48269336